**FILED UNDER RESTRICTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-LTB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  915553.511 TETHER,
2.  5.406 BITCOIN,
3.  5.426 ETHEREUM,
4.  3183.22 ADA,

   Defendants.
_____

**UNITED STATES' MOTION TO RESTRICT CASE**
_____

   COMES NOW the United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, respectfully moves for an order restricting this case at Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents, and the execution of the *Warrant of Arrest of Property In Rem*.   In support of this Motion, the United States states:

   1.  The United States' *Verified Complaint for Forfeiture In Rem* and all related documents have been filed as part of a continuing investigation.

   2.  Disclosure of these documents at this time would compromise an ongoing investigation into criminal violations by others who are involved with the owner of

1

defendant assets.

      3.      The United States requests that law enforcement be permitted to serve the

*Warrant of Arrest of Property In Rem* to properly execute and arrest the defendant assets.

      WHEREFORE, the United States respectfully requests that this case be restricted

at Level 2, until further order of the Court.

      DATED this 28th day of March 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Kurt J. Bohn*
    Kurt J. Bohn
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Ste. 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: kurt.bohn@usdoj.gov
    *Attorney for the United States*