**FILED UNDER RESTRICTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA,

      Defendants.

_____

**ORDER TO RESTRICT CASE**
_____

THIS MATTER comes before the Court on the *United States' Motion to Restrict Case*, and the Court being fully apprised, ORDERS that the Motion is GRANTED and this case is restricted, under Level 2, limiting access to the employees of the United States Attorney's Office and law enforcement agents, until further order of the Court.

SO ORDERED this _____ day of _____, 2022.

                                                                BY THE COURT:

                                                                 _____
                                                                 United States Magistrate Judge