**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**
Judge

303-844-2527

March 30, 2022

TO: Jeffrey Colwell, Clerk

FROM: Judge Babcock          s/LTB

RE: Civil Action No. 22-cv-00766
USA v. 915553.511 Tether, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp