IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA,

Defendants.

## ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NON-CONSENT FORM

Entered by U.S. Magistrate Judge N. Reid Neureiter

The above-captioned case has been directly assigned to Magistrate Judge N. Reid Neureiter pursuant to D.C.COLO.LCivR 40.1(c) - Direct Assignment to Magistrate Judges.

**IT IS HEREBY ORDERED** that on or before May 25, 2022, the parties shall complete and file the Consent/Non-Consent Form (see Dkt. #6), indicating either unanimous consent of the parties or that consent has been declined.  Please note that this date may be earlier than the default deadlines contemplated by D.C.COLO.LCivR 40.1(c)(4).

**IT IS FURTHER ORDERED** that a Status Conference shall be held on:

> June 8, 2022 at 2:00 p.m.
> in Courtroom C-203,
> Second Floor,
> Byron G. Rogers U.S. Courthouse,
> 1929 Stout Street,
> Denver, Colorado 80294

The Status Conference will be conducted via telephone. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

      If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and file a motion to reschedule the conference to a more convenient date.  Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.

      Please remember that **everyone** seeking entry into the Byron G. Rogers U.S. Courthouse will be required to show valid photo identification and be subject to security procedures.  See D.C.COLO.LCivR 83.2.  Failure to comply with the identification requirement and security procedures will result in denial of entry into the Byron G. Rogers U.S. Courthouse.

      DONE AND SIGNED THIS 30TH DAY OF MARCH, 2022.

      BY THE COURT:

      s/N. Reid Neureiter
      N. REID NEUREITER
      United States Magistrate Judge