IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00766-NRN | Date:  June 8, 2022 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom C203 |

*Parties:*                                                             *Counsel:*

UNITED STATES OF AMERICA,                        Kurt Bohn

  Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA,

  Defendants.

---

**SEALED COURTROOM MINUTES**

---

**TELEPHONIC STATUS CONFERENCE**

**1:58 p.m.**     **Court in session.**

Court calls case. Appearance of Counsel. Preliminary remarks by the Court.

Status of the case is discussed.  Discussion regarding keeping case under seal.

**ORDERED:**  A telephonic Status Conference is set for August 23, 2022 at 10:30 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

**2:04 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:06

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.