IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Pursuant to communications with counsel, it is hereby ORDERED that the Status Conference set on August 23, 2022 at 10:30 a.m. is VACATED and RESET on August 24, 2022 at 3:00 p.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: August 18, 2022