IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00766-NRN | Date:  August 24, 2022 |
| Courtroom Deputy: Román Villa | FTR:  Courtroom C203 |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Kurt Bohn |
| Plaintiff, | |
| v. | |
| 1. 915553.511 TETHER, | |
| 2. 5.406 BITCOIN, | |
| 3. 5.426 ETHEREUM, | |
| 4. 3183.22 ADA, | |
| Defendants. | |

### SEALED COURTROOM MINUTES

### TELEPHONIC STATUS CONFERENCE

**3:01 p.m.    Court in session.**

Court calls case. Appearance of Counsel. Preliminary remarks by the Court.

Status of the case is discussed.

**ORDERED:**    Follow up telephonic **Status Conference** is set for November 16, 2022 at 2:30 p.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294.

**The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.**

**3:05 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:04

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.