IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00766-NRN | Date: November 16, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,   Kurt Bohn

   Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA,

   Defendants.

---

**SEALED COURTROOM MINUTES**

---

**TELEPHONIC STATUS CONFERENCE**

**2:30 p.m.**     **Court in session.**

Court calls case. Appearance of Counsel. Preliminary remarks by the Court.

Status of the case is discussed.

For the reasons stated on the record, it is

**ORDERED:**   The Clerk of the Court is directed to administratively close this case based on representations from the United States that it is difficult to predict when it would be appropriate to unseal the proceedings. The United States is directed to contact the Court and move to reopen the case when that time arrives.

**2:33 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:03

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.