IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA,

    Defendants.

_____

**UNOPPOSED MOTION TO REOPEN ADMINISTRATIVELY CLOSED CASE**
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and pursuant to D.C.Colo.L.Civ.R. 41.2, moves the Court to reopen this case, which was previously administratively closed. In support thereof, the United States submits the following:

    1.    On November 16, 2022, the Court held a status conference in this matter. As a result of that conference, the Court ordered that this case be administratively closed and directed the United States to file a motion to reopen at the appropriate time. (Doc. 14).

    2.    The circumstances previously warranting administrative closure have changed and closure is no longer necessary or appropriate.

    3.    The United States therefore respectfully requests that the matter be reopened.

WHEREFORE, the United States moves that the captioned civil forfeiture action be reopened for good cause.

DATED this 21st day of February, 2023.

        Respectfully submitted,

        Cole Finegan
        United States Attorney

By:  s/ *Kurt J. Bohn*
        Kurt J. Bohn
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Ste. 1600
        Denver, CO 82002
        Telephone: 303-454-0100
        E-mail: kurt.bohn@usdoj.gov
        *Attorney for the United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of February, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

                                                s/ Jason Haddock
                                                FSA Paralegal
                                                U.S. Attorney's Office