IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-NRN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  915553.511 TETHER,
2.  5.406 BITCOIN,
3.  5.426 ETHEREUM,
4.  3183.22 ADA,

     Defendants.

_____

**ORDER TO REOPEN CASE**

_____

THIS MATTER, coming before the Court on the United States' Unopposed Motion to Reopen Administratively Closed Case, and the Court, being fully advised in the premises, hereby ORDERS that this case shall be REOPENED.

SO ORDERED this _____ day of _____, 2023.

BY THE COURT:


_____
N. Reid Neureiter
United States Magistrate Judge