IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  22-cv-00766-NRN

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA,

 Defendants.

## MOTION TO UNRESTRICT CASE AND ALL RELATED DOCUMENTS

 COMES NOW Plaintiff United States of America (the "United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and respectfully move this Court to unrestrict the above captioned case.

 1. On March 28, 2022, the United States files its motion to restrict this case at Level 2.  (Doc. 3).

 2. On March 30, 2022, the Court granted the United States motion to restrict the case at Level 2.  (Doc. 8).

 3. The case was restricted due to an underlying ongoing criminal investigation, as well as related investigations, and concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.  At this time, the United States

1

believes there is no longer a risk to the investigation, related investigations, or for the possible destruction of evidence or tampering of witnesses.

4. Once the case is unrestricted, the United States intends to send notice of this action and a copy of the Verified Complaint to the potential claimants, pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

WHEREFORE, the United States respectfully requests that the case and all related pleadings be unrestricted.

DATED this 25th day of April 2023.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: kurt.bohn@usdoj.gov
*Attorney for the United States*