IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-NRN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  915553.511 TETHER,
2.  5.406 BITCOIN,
3.  5.426 ETHEREUM,
4.  3183.22 ADA,

     Defendants.

---

**ORDER TO UNRESTRICT CASE AND ALL RELATED DOCUMENTS**

---

     Upon the motion by the United States, and for good cause shown, it is hereby

ORDERED THAT:

     The *Verified Complaint for Forfeiture In Rem* (Doc. 1), *Motion to Restrict* (Doc. 2),

and all other related pleadings in the above-captioned case are hereby unrestricted.

     SO ORDERED this ___ day of _____, 2023.


BY THE COURT:

_____
N. Reid Neureiter
United States Magistrate Judge