IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-NRN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA,

      Defendants.

---

**ORDER TO UNRESTRICT CASE AND ALL RELATED DOCUMENTS**

---

Upon the motion by the United States, and for good cause shown, it is hereby

ORDERED THAT:

The *Verified Complaint for Forfeiture In Rem* (Doc. 1), *Motion to Restrict* (Doc. 2),

and all other related pleadings in the above-captioned case are hereby unrestricted.

SO ORDERED this 25th day of April_____, 2023.

BY THE COURT:

_____
N. Reid Neureiter
United States Magistrate Judge