IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA;

    Defendants.

---

**NOTICE OF COMPLAINT FOR FORFEITURE**

---

YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem* ("Verified Complaint") seeking forfeiture of the above defendant assets. (Doc. 1).

If you wish to contest the forfeiture and assert an interest in the defendant assets, you must file a Claim with the Court by **June 3, 2023**.  Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

    (1)    identify the specific property claimed;

    (2)    identify the claimant and state the claimant's interest in the property; and

    (3)    be signed by the claimant under penalty of perjury.

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the assets in this case by sending documentation to the Drug Enforcement Administration (DEA), you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States Magistrate Judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than (1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

Clerk of the United States District Court
901 19th Street
Denver, Colorado 80294

Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California St., Ste 1600
Denver, Colorado 80202

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 28th day of April 2023.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  *s/ Kurt J. Bohn*
        Kurt J. Bohn
        Assistant United States Attorney
        United States Attorney's Office
        1801 California St., Ste 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: kurt.bohn@usdoj.gov
        *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of April 2023, true copies of the *Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and *Magistrate Judge Consent Form* with Instructions were sent via regular and certified mail to:

Anllelo Paolo Alpirez-Garcia
Cimarron Correctional Facility
3200 S. Kings Highway
Cushing, OK 74023
**Cert No. 7021 0350 0002 0600 1379**

Carlos Alonso Fong-Echavarria 60329-509
FCI Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
**Cert No. 7021 0350 0002 0600 1386**

Rafael De La Garza
De La Garza Law Firm, PC
6521 Preston Road, Suite 100
Plano, TX 75024
**Cert No. 7021 0350 0002 0600 1393**

                s/ *Jason Haddock*
                FSA Paralegal
                U.S. Attorney's Office