IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00766-NRN

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. 915553.511 TETHER,
2. 5.406 BITCOIN,
3. 5.426 ETHEREUM,
4. 3183.22 ADA;

 Defendants.

---

**SECOND NOTICE OF COMPLAINT FOR FORFEITURE**

---

 YOU ARE HEREBY NOTIFIED that the United States of America ("the United States") filed the attached *Verified Complaint for Forfeiture In Rem* ("Verified Complaint") seeking forfeiture of the above defendant assets. (Doc. 1).

 If you wish to contest the forfeiture and assert an interest in the defendant assets, you must file a Claim with the Court by **October 15, 2023**. Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any Claim filed must:

  (1) identify the specific property claimed;

  (2) identify the claimant and state the claimant's interest in the property; and

  (3) be signed by the claimant under penalty of perjury.

1

Even if you have previously filed a claim and/or otherwise contested the forfeiture of the assets in this case by sending documentation to the Drug Enforcement Administration (DEA), you must file a new claim in this civil forfeiture case to prevent entry of default.

**Within 21 days after** filing a Claim, you must file an Answer to the Verified Complaint with the Court.

In addition to filing a Claim and an Answer, you must indicate whether you consent to the jurisdiction of a United States Magistrate Judge in this civil forfeiture case. If you consent, you must complete and file the attached Magistrate Judge Consent Form with the Court no later than (1) seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint, whichever is earlier.

File your Claim, Answer, and Magistrate Judge Consent Form with the Court, and provide copies of same to the Assistant United States Attorney, to the addresses listed below:

| | |
|---|---|
| Clerk of the United States District Court<br>901 19th Street<br>Denver, Colorado 80294 | Kurt J. Bohn<br>Assistant United States Attorney<br>United States Attorney's Office<br>1801 California St., Ste 1600<br>Denver, Colorado 80202 |

**Failure to file a timely Claim and Answer will result in default and forfeiture of the defendant assets to the United States.**

DATED this 12th day of September 2023.

                          Respectfully submitted,

                          COLE FINEGAN
                          United States Attorney

By:  *s/ Kurt J. Bohn*
       Kurt J. Bohn
       Assistant United States Attorney
       United States Attorney's Office
       1801 California St., Ste 1600
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       E-mail: kurt.bohn@usdoj.gov
       *Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of September 2023, true copies of the *Second Notice of Complaint for Forfeiture*, *Verified Complaint for Forfeiture In Rem*, and *Magistrate Judge Consent Form* with Instructions were sent via regular and certified mail to:

Carlos Alonso Fong-Echavarria
60329-509
MDC Los Angeles
535 N. Alameda Street
Los Angeles, CA 90012
**Cert No. 7021 0350 0002 0600 3809**

                              s/ *Sheri Gidan*
                              FSA Federal Paralegal
                              U.S. Attorney's Office